IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06-CV-398-GCM**

| | | |
|---|---|---|
| CARLYLE H. HILL, | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| BELK STORES SERVICES, INC., | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the court on its own motion. The Parties filed their Certification and Report of Initial Attorneys' Conference [doc. 43] on August 24, 2007. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Thursday, February 21, 2008, at 2:00 p.m.**

IT IS SO ORDERED.

Signed: February 12, 2008

Graham C. Mullen
United States District Judge