IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
C.A. NO. 3:06-CV-398

| | |
|---|---|
| CARLYLE HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| BELK STORE SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** upon Plaintiff Carlyle Hill's (Hill) Motion to Compel pursuant to Rules 30, 33, 34 and 37(a) of the Federal Rules of Civil Procedure and Local Rule 7.1. Hill moves the court for an Order compelling Defendant Belk Store Services, Inc. (Belk) to provide responses to parts of Plaintiff's First and Second Set of Interrogatories and documents in response to parts of Plaintiff's First and Second Requests for Production of Documents. For the following reasons, Hill's Motion to Compel will be denied.

Plaintiff Hill filed this Motion to Compel almost 4 months after Defendant answered the First Set of Interrogatories and Requests for Production in early November 2007 and a month after the discovery deadline. Defendant has already provided over 1,000 pages of documents and Plaintiff has already conducted the 6 depositions allowed pursuant to the agreed-upon limit. Further, Plaintiff's Interrogatories exceeded the 20 Interrogatory limit. Accordingly,

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Compel is **DENIED**.

Signed: September 11, 2008

Graham C. Mullen
United States District Judge