# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Carlyle H Hill ,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                    3:06-cv-398

Belk Store Services, Inc. ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 5, 2009 Order.

                                               Signed: August 5, 2009

                                               Frank G. Johns, Clerk
                                               United States District Court